```
UNITED STATES DISTRICT COURT                :    USDC SDNY
SOUTHERN DISTRICT OF NEW YORK               :    DOCUMENT
------------------------------------X            ELECTRONICALLY FILED
                                    :            DOC #:
TAKEDA CHEMICAL INDUSTRIES, LTD. and :            DATE FILED: 2/12/09
TAKEDA PHARMACEUTICALS NORTH AMERICA,:
INC.,                               :            03 Civ. 8254 (DLC)
                       Plaintiffs,  :
                                    :                  ORDER
              -v-                   :
                                    :
WATSON PHARMACEUTICALS, ET AL.,     :
                       Defendants.  :
------------------------------------X
```

DENISE COTE, DISTRICT JUDGE:

The above-captioned matter is related to five other cases brought by plaintiffs Takeda Chemical Industries, Ltd. and Takeda Pharmaceuticals of North America, Inc. alleging infringement of combination-use patents involving the compound pioglitazone. Four of the related cases, <u>Takeda Chemical Industries, Ltd. and Takeda Pharmaceuticals of North America, Inc. v. Ranbaxy Laboratories Ltd. and Ranbaxy Pharmaceuticals, Inc.</u>, No. 03 Civ. 8250; <u>Takeda Chemical Industries, Ltd. and Takeda Pharmaceuticals of North America, Inc. v. Mylan Laboratories Inc., et al.</u>, No. 03 Civ. 8253; <u>Takeda Chemical Industries, Ltd. and Takeda Pharmaceuticals of North America, Inc. v. Watson Pharmaceuticals, et al.</u>, No. 03 Civ. 8254; and <u>Takeda Chemical Industries, Ltd. and Takeda Pharmaceuticals of North America, Inc. v. AlphaPharm Pty., Ltd. and Genpharm, Inc.</u>, No. 04 Civ. 1966, were stayed by an Order of March 7, 2006 until

the submission of a status letter due January 9, 2009. An Opinion and Order dated October 9, 2007 stayed a related matter, Takeda Chemical Industries, Ltd. and Takeda Pharmaceuticals of North America, Inc. v. Sandoz, Inc., No. 07 Civ. 3844, also until the submission of a status letter due January 9, 2009. At a conference held on October 3, 2008 to discuss a more recently filed related case, Takeda Chemical Industries, Ltd., et al. v. Mylan, Inc., et al., No. 08 Civ. 6999, that matter was also stayed until the submission of a status letter due January 9, 2009.[1] Status letters have been received and a conference was held on the record on February 5, 2009. Accordingly, it is hereby

ORDERED that the stay of litigation regarding Takeda's claims of infringement of its pioglitazone combination-use patents is lifted.

SO ORDERED.

Dated:   New York, New York
         February 12, 2009

                                    DENISE COTE
                                    United States District Judge

---

[1] In addition to Takeda Chemical Industries, Ltd. and Takeda Pharmaceuticals of North America, Inc., this action includes as a plaintiff Takeda Global Research and Development Center, Inc.

2