USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/1/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Takeda Chemical Industries, Ltd., and<br>Takeda Pharmaceuticals North America, Inc.<br>   Plaintiffs,<br><br>   v.<br><br>Ranbaxy Laboratories, Ltd., and<br>Ranbaxy Pharmaceuticals, Inc.<br>   Defendants. | Civil Action No.<br>03-CV-8250 (DLC) |
| Takeda Chemical Industries, Ltd., and<br>Takeda Pharmaceuticals North America, Inc.<br>   Plaintiffs,<br><br>   v.<br><br>Mylan Laboratories, Inc.,<br>Mylan Pharmaceuticals, Inc., and<br>UDL Laboratories, Inc.,<br>   Defendants. | Civil Action No.<br>03-CV-8253 (DLC) |
| Takeda Chemical Industries, Ltd., and<br>Takeda Pharmaceuticals North America, Inc.<br>   Plaintiffs,<br><br>   v.<br><br>Alphapharm Pty. Ltd., and Genpharm, Inc.,<br>   Defendants. | Civil Action No.<br>04 CV 1966 (DLC) |
| Takeda Chemical Industries, Ltd., and<br>Takeda Pharmaceuticals North America, Inc.<br>   Plaintiffs,<br><br>   v.<br><br>Watson Pharmaceuticals, Inc.,<br>Watson Laboratories, Inc.,<br>Watson Pharma, Inc., and<br>Danbury Pharmacal, Inc.,<br>   Defendants. | Civil Action No.<br>03-CV-8254 (DLC) |

BOS 745834.1

| | |
|---|---|
| Takeda Pharmaceutical Company Limited and Takeda Pharmaceuticals North America, Inc., <br>    Plaintiffs, <br><br>v. <br><br>Sandoz, Inc., <br>    Defendant. | Civil Action No. <br>07 CV 3844 (DLC) |
| Takeda Pharmaceutical Company Limited, Takeda Pharmaceuticals North America, Inc., and Takeda Global Research and Development Center, Inc., <br>    Plaintiffs, <br><br>v. <br><br>Mylan Inc., Mylan Pharmaceuticals, Inc., and UDL Laboratories, Inc., <br>    Defendants. | Civil Action No. <br>08 CV 6999 (DLC) |
| Takeda Pharmaceutical Company Limited Takeda Pharmaceuticals North America, Inc., and Takeda Global Research and Development Center, Inc., <br>    Plaintiffs, <br><br>v. <br><br>Teva Pharmaceutical Industries Ltd., Teva Pharmaceuticals USA, Inc., <br>    Defendants. | Civil Action No. <br>09 CV 4655 (DLC) |
| Takeda Pharmaceutical Company Limited Takeda Pharmaceuticals North America, Inc., and Takeda Global Research and Development Center, Inc., <br>    Plaintiffs, <br><br>v. <br><br>Sandoz, Inc., <br>    Defendant. | Civil Action No. <br>09 CV 5210 (DLC) |

| | )
|---|---|
| Takeda Pharmaceutical Company Limited and | ) |
| Takeda Pharmaceuticals North America, Inc., | ) |
| Plaintiffs, | ) |
| | ) Civil Action No. |
| v. | ) 09 CV 6051 (DLC) |
| | ) |
| Torrent Pharmaceuticals Limited and | ) |
| Torrent Pharma Inc., | ) |
| Defendants. | ) |

## STIPULATION

Subject to the approval of the Court, it is hereby stipulated and agreed by counsel for Plaintiffs, Takeda Chemical Industries, Ltd., Takeda Pharmaceuticals North America, Inc., Takeda Pharmaceutical Company Limited, and Takeda Global Research and Development Center, Inc. (collectively "Takeda") and Defendants Ranbaxy Laboratories, Ltd. and Ranbaxy Pharmaceuticals, Inc. (collectively "Ranbaxy"); Mylan Laboratories, Inc., Mylan Pharmaceuticals, Inc., UDL Laboratories, Inc., and Mylan Inc. (collectively "Mylan"); Alphapharm Pty., Ltd., and Genpharm, Inc. (collectively "Alphapharm"); Watson Pharmaceuticals, Inc., Watson Laboratories, Inc., Watson Pharma, Inc. and Danbury Pharmacal, Inc. (collectively "Watson"); Sandoz, Inc. ("Sandoz"); Teva Pharmaceutical Industries Ltd. and Teva Pharmceuticals USA, Inc. (collectively "Teva"); and Torrent Pharmaceuticals Limited and Torrent Pharma Inc. (collectively "Torrent") that:

1. All fact discovery is to be completed by **March 17, 2010**;

2. Opening expert reports are to be served by **March 17, 2010**;

3. Supplemental opening expert reports (limited to incorporating testimony of any fact witness whose deposition is conducted on or after March 12, 2010) are to be served by **March 19, 2010**;

4. Responsive expert reports are to be served by **March 31, 2010**;

BOS 745834.1     3

5. All expert discovery is to be completed by **April 9, 2010**;

6. Motions in limine due **April 12, 2010\***;

7. Joint pretrial order due **April 16, 2010\***;

8. Oppositions to motions in limine due on **April 19, 2010\***; and

9. Replies to oppositions to motions in limine due on **April 22, 2010\***.

Dated: New York, NY
February 26, 2010

Respectfully submitted,

So ordered.
*[signature]*
March 1, 2010

*[signature]*
Anthony J. Viola
Andre K. Cizmarik
Joseph E. Czerniawski
Edwards Angell Palmer & Dodge LLP
750 Lexington Avenue
New York, NY 10022
Phone: 212-308-4411
Fax: 212-308-4884

*[signature]*
Frank Colucci
Colucci & Umans
218 East 50th Street
New York, NY 10022
Phone: (212) 935-5700

David G. Conlin (admitted *pro hac vice*)
Barbara L. Moore (admitted *pro hac vice*)
Kathleen B. Carr (admitted *pro hac vice*)
Christopher P. Silva (admitted *pro hac vice*)
Adam P. Samansky (admitted *pro hac vice*)
Edwards Angell Palmer & Dodge LLP
111 Huntington Avenue
Boston, MA 02199
Phone: 617-239-0100
Fax: 617-227-4420

William Zimmerman
Knobbe Martens Olson & Bear LLP
1776 Eye Street N.W., Suite 650
Washington, D.C. 20006
Phone: (202) 640-6400
Fax: (202) 640-6401

Thomas P. Krzeminski
Knobbe Martens Olson & Bear LLP
2040 Main Street
Irvine, CA 92614
Phone: (949) 760-0404
Fax: (949) 760-9502

Attorneys for Plaintiffs
Takeda Chemical Industries, Ltd.,
Takeda Pharmaceutical Company Limited
Takeda Pharmaceuticals North America, Inc.,
and Takeda Global Research and Development
Center, Inc.

Attorneys for Defendants,
Ranbaxy Laboratories, Ltd., and
Ranbaxy Pharmaceuticals, Inc.

\*Consistent with the Court's instructions in the endorsed letter order of February 22, 2010, the parties are not seeking to modify dates designated with "\*." Rather, these dates are the same as those reflected in the Stipulation entered by the Court on January 21, 2010 (Doc. 157).

BOS 745834 1                                                                 4

*William A. Rakoczy* /AOB

Thomas J. Parker
Alston & Bird LLP
90 Park Avenue
New York, NY 10016
Phone: (212) 210-9529
Fax: (212) 922-3975

William A. Rakoczy
Rakoczy Molino Mazzochi Siwik LLP
6 West Hubbard Street, Suite 500
Chicago, IL 60654
Phone: (312) 222-6301
Fax: (312) 222-6321

Attorneys for Defendants Mylan Laboratories, Inc., Mylan Pharmaceuticals, Inc., Mylan Inc., and UDL Laboratories, Inc.; Alphapharm Pty. Ltd., and Genpharm, Inc.

Steven H. Sklar
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza, Suite 4900
Chicago, IL 60601-6780
Phone: (312) 616-5600
Fax: (312) 616-5700

Attorneys for Defendants
Watson Pharmaceuticals, Inc.,
Watson Laboratories, Inc.,
Watson Pharma, Inc. and
Danbury Pharmacal, Inc.

---

Richard J. Basile
David Aldrich
Benjamin C. White
St. Onge Steward Johnson & Reens LLC
986 Bedford Street
Stamford, CT 06905-5619
Phone: (203) 324-6155
Fax: (203) 327-1096

Attorneys for Defendant
Sandoz, Inc.

David P. Langlois
Lawrence A. Dany, III
Sutherland Asbill & Brennan LLP
Grace Building
1114 Avenue of the Americas, 40th Floor
New York, NY 10036-7703
Phone: (212) 389-5000

John L. North (admitted pro hac vice)
Jeffrey J. Toney (admitted pro hac vice)
Laura Fahey Fritts (admitted pro hac vice)
Kristin E. Goran (admitted pro hac vice)
Sutherland Asbill & Brennan LLP
999 Peachtree Street NE
Atlanta, GA 30309-3996
Phone: (404) 853-8000
Fax: (404) 853-8806

Attorneys for Defendant
Teva Pharmaceutical Industries Ltd. and
Teva Pharmaceuticals USA, Inc.

| | /s/ Sklar (signature) |
|---|---|
| Thomas J. Parker | Steven H. Sklar |
| Alston & Bird LLP | Leydig, Voit & Mayer, Ltd. |
| 90 Park Avenue | Two Prudential Plaza, Suite 4900 |
| New York, NY 10016 | Chicago, IL 60601-6780 |
| Phone: (212) 210-9529 | Phone: (312) 616-5600 |
| Fax: (212) 922-3975 | Fax: (312) 616-5700 |
| | |
| William A. Rakoczy | Attorneys for Defendants |
| Rakoczy Molino Mazzochi Siwik LLP | Watson Pharmaceuticals, Inc., |
| 6 West Hubbard Street, Suite 500 | Watson Laboratories, Inc., |
| Chicago, IL 60654 | Watson Pharma, Inc. and |
| Phone: (312) 222-6301 | Danbury Pharmacal, Inc. |
| Fax: (312) 222-6321 | |

Attorneys for Defendants Mylan Laboratories, Inc., Mylan Pharmaceuticals, Inc., Mylan Inc., and UDL Laboratories, Inc.; Alphapharm Pty. Ltd., and Genpharm, Inc.

| | |
|---|---|
| Richard J. Basile | David P. Langlois |
| David Aldrich | Lawrence A. Dany, III |
| Benjamin C. White | Sutherland Asbill & Brennan LLP |
| St. Onge Steward Johnson & Reens LLC | Grace Building |
| 986 Bedford Street | 1114 Avenue of the Americas, 40th Floor |
| Stamford, CT 06905-5619 | New York, NY 10036-7703 |
| Phone: (203) 324-6155 | Phone: (212) 389-5000 |
| Fax: (203) 327-1096 | |

Attorneys for Defendant
Sandoz, Inc.

John L. North (admitted pro hac vice)
Jeffrey J. Toney (admitted pro hac vice)
Laura Fahey Fritts (admitted pro hac vice)
Kristin E. Goran (admitted pro hac vice)
Sutherland Asbill & Brennan LLP
999 Peachtree Street NE
Atlanta, GA 30309-3996
Phone: (404) 853-8000
Fax: (404) 853-8806

Attorneys for Defendant
Teva Pharmaceutical Industries Ltd. and
Teva Pharmaceuticals USA, Inc.

| | |
|---|---|
| Thomas J. Parker<br>Alston & Bird LLP<br>90 Park Avenue<br>New York, NY 10016<br>Phone: (212) 210-9529<br>Fax: (212) 922-3975<br><br>William A. Rakoczy<br>Rakoczy Molino Mazzochi Siwik LLP<br>6 West Hubbard Street, Suite 500<br>Chicago, IL 60654<br>Phone: (312) 222-6301<br>Fax: (312) 222-6321<br><br>Attorneys for Defendants Mylan Laboratories, Inc., Mylan Pharmaceuticals, Inc., Mylan Inc., and UDL Laboratories, Inc.; Alphapharm Pty. Ltd., and Genpharm, Inc. | Steven H. Sklar<br>Leydig, Voit & Mayer, Ltd.<br>Two Prudential Plaza, Suite 4900<br>Chicago, IL 60601-6780<br>Phone: (312) 616-5600<br>Fax: (312) 616-5700<br><br>Attorneys for Defendants<br>Watson Pharmaceuticals, Inc.,<br>Watson Laboratories, Inc.,<br>Watson Pharma, Inc. and<br>Danbury Pharmacal, Inc. |
| Richard J. Basile *(signed)*<br>David Aldrich<br>Benjamin C. White<br>St. Onge Steward Johnson & Reens LLC<br>986 Bedford Street<br>Stamford, CT 06905-5619<br>Phone: (203) 324-6155<br>Fax: (203) 327-1096<br><br>Attorneys for Defendant<br>Sandoz, Inc. | David P. Langlois<br>Lawrence A. Dany, III<br>Sutherland Asbill & Brennan LLP<br>Grace Building<br>1114 Avenue of the Americas, 40th Floor<br>New York, NY 10036-7703<br>Phone: (212) 389-5000<br><br>John L. North (admitted pro hac vice)<br>Jeffrey J. Toney (admitted pro hac vice)<br>Laura Fahey Fritts (admitted pro hac vice)<br>Kristin E. Goran (admitted pro hac vice)<br>Sutherland Asbill & Brennan LLP<br>999 Peachtree Street NE<br>Atlanta, GA 30309-3996<br>Phone: (404) 853-8000<br>Fax: (404) 853-8806<br><br>Attorneys for Defendant<br>Teva Pharmaceutical Industries Ltd. and<br>Teva Pharmaceuticals USA, Inc. |

| | |
|---|---|
| Thomas J. Parker<br>Alston & Bird LLP<br>90 Park Avenue<br>New York, NY 10016<br>Phone: (212) 210-9529<br>Fax: (212) 922-3975<br><br>William A. Rakoczy<br>Rakoczy Molino Mazzochi Siwik LLP<br>6 West Hubbard Street, Suite 500<br>Chicago, IL 60654<br>Phone: (312) 222-6301<br>Fax: (312) 222-6321<br><br>Attorneys for Defendants Mylan Laboratories, Inc., Mylan Pharmaceuticals, Inc., Mylan Inc., and UDL Laboratories, Inc.; Alphapharm Pty. Ltd., and Genpharm, Inc. | Steven H. Sklar<br>Leydig, Voit & Mayer, Ltd.<br>Two Prudential Plaza, Suite 4900<br>Chicago, IL 60601-6780<br>Phone: (312) 616-5600<br>Fax: (312) 616-5700<br><br>Attorneys for Defendants<br>Watson Pharmaceuticals, Inc.,<br>Watson Laboratories, Inc.,<br>Watson Pharma, Inc. and<br>Danbury Pharmacal, Inc.<br><br>*/s/ K. Goran* |
| Richard J. Basile<br>David Aldrich<br>Benjamin C. White<br>St. Onge Steward Johnson & Reens LLC<br>986 Bedford Street<br>Stamford, CT 06905-5619<br>Phone: (203) 324-6155<br>Fax: (203) 327-1096<br><br>Attorneys for Defendant<br>Sandoz, Inc. | David P. Langlois<br>Lawrence A. Dany, III<br>Sutherland Asbill & Brennan LLP<br>Grace Building<br>1114 Avenue of the Americas, 40th Floor<br>New York, NY 10036-7703<br>Phone: (212) 389-5000<br><br>John L. North (admitted pro hac vice)<br>Jeffrey J. Toney (admitted pro hac vice)<br>Laura Fahey Fritts (admitted pro hac vice)<br>Kristin E. Goran (admitted pro hac vice)<br>Sutherland Asbill & Brennan LLP<br>999 Peachtree Street NE<br>Atlanta, GA 30309-3996<br>Phone: (404) 853-8000<br>Fax: (404) 853-8806<br><br>Attorneys for Defendant<br>Teva Pharmaceutical Industries Ltd. and<br>Teva Pharmaceuticals USA, Inc. |

_[signature]_

H. Keeto Sabharwal
Sterne, Kessler, Goldstein & Fox PLLC
1100 New York Avenue NW
Washington, D.C. 20005
Phone: (202) 772-8511
Fax:   (202) 371-2540

Dennies Varughese
Sterne, Kessler, Goldstein & Fox PLLC
1100 New York Avenue NW
Washington, DC 20005
Phone: (202) 772-8805
Fax:   (202) 371-2540

Attorneys for Defendants
Torrent Pharmaceuticals Limited and
Torrent Pharma Inc.

SO ORDERED:

Dated: _____, 2010
       New York, New York

_____
United States District Judge